**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| MUSA ALARAIDAH,<br>*derivatively on behalf of* ALTIMMUNE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALTIMMUNE, INC., *nominal defendant*, VIPIN K. GARG, MATTHEW SCOTT HARRIS, DAVID J. DRUTZ, JOHN M. GILL, PHILIP HODGES, DIANE K. JORKASKY, WAYNE PISANO, MITCHEL SAYARE, KLAUS O. SCHAFER, and CATHERINE ANGELL SOHN,<br><br>Defendants | No. 8:25-cv-03223-TDC |

**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, Plaintiff Musa Alaraidah ("Plaintiff") and Defendants Vipin K. Garg, Matthew Scott Harris, David J. Drutz, John M. Gill, Philip Hodges, Diane K. Jorkasky, Wayne Pisano, Mitchel Sayare, Klaus O. Schafer, and Catherine Angell Sohn, and nominal defendant Altimmune, Inc., (collectively, "Defendants") hereby stipulate that the above-captioned action, per Defendants' request, to which Plaintiff consents, is voluntarily dismissed without prejudice, with each party to bear its own costs.

Voluntary dismissal is appropriate under Fed. R. Civ. P. 41(a)(1) given that Defendants have not answered the Complaint or filed a motion for summary judgment and because the voluntary dismissal is pursuant to a stipulation.

Notice of this voluntary dismissal is not required under Fed. R. Civ. P. 23.1(c) because dismissal is without prejudice, and neither Plaintiff nor Plaintiff's counsel have received or will receive any compensation for this dismissal.

Respectfully submitted,

**THE BROWN LAW FIRM, P.C.**

By: */s/ Timothy Brown*
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Attorney for Plaintiff*

*signed by Matthew L. Riffee with permission of Timothy Brown

**GOODWIN PROCTER LLP**

By: */s/ Matthew L. Riffee*
Matthew L. Riffee (D. Md. Bar No. 31116)
Goodwin Procter LLP
1900 N. Street, NW
Washington, DC 20036
Tel.: (202) 346-4177
Fax.: (202) 346-4444
MRiffee@goodwinlaw.com

*Attorneys for Defendants Vipin K. Garg, Matthew Scott Harris, David J. Drutz, John M. Gill, Philip Hodges, Diane K. Jorkasky, Wayne Pisano, Mitchel Sayare, Klaus O. Schafer, and Catherine Angell Sohn, and nominal defendant Altimmune, Inc.*

**IT IS SO ORDERED.**

____________________________________
Hon. Theodore D. Chuang
United States District Judge

Dated: _____________, 202_