**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

MUSA ALARAIDAH,
*derivatively on behalf of* ALTIMMUNE, INC.,

Plaintiff,

v.

ALTIMMUNE, INC., *nominal defendant*, VIPIN K. GARG, MATTHEW S. HARRIS, DAVID J. DRUTZ, JOHN M. GILL, PHILIP HODGES, DIANE K. JORKASKY, WAYNE PISANO, MITCHEL SAYARE, KLAUS O. SCHAFER and CATHERINE A. SOHN,

Defendants.

Civil Action No. 25-3223-TDC

**ORDER**

The parties have filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 13. The Court having reviewed the Notice, it is hereby ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to close this case.

Date: December 22, 2025

THEODORE D. CHUANG
United States District Judge